UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EGYPTIAN BULK CARRIERS S.A.E.,

                Plaintiff,    :  **ECF**

                             :  **RULE 7.1 STATEMENT**

      -against-

VENUS INTERNATIONAL FREE ZONE,
LOADING AND UNLOADING S.A.E.,

                Defendant.
------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, EGYPTIAN BULK CARRIERS S.A.E., (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           September 18, 2007

                                      CARDILLO & CORBETT
                                      Attorneys for Plaintiff
                                      EGYPTIAN BULK CARRIERS S.A.E.

                    By:    _____
                             Tulio R. Prieto (TP 8455)

                                      Office and P.O. Address
                                      29 Broadway, Suite 1710
                                      New York, New York 10006
                                      Tel: (212) 344-0464
                                      Fax: (212) 797-1212