UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EGYPTIAN BULK CARRIERS S.A.E.,

                    Plaintiff,

          -against-

VENUS INTERNATIONAL FREE ZONE,
LOADING AND UNLOADING S.A.E.,

                    Defendant.
------------------------------------x

**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 9-19-07

ECF

**ORDER APPOINTING PERSON TO SERVE PROCESS**

07 Civ. 8162 (cm)

      Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

      Upon reading the Affidavit of Tulio R. Prieto, sworn to September 18, 2007, and good cause having been shown,

      IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
       September 14 , 2007

                         United State District Judge