UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
EGYPTIAN BULK CARRIERS S.A.E.,       :
                                     :   **ECF**
                     Plaintiff,      :   **AFFIDAVIT PURSUANT**
                                     :   **TO SUPPLEMENTAL**
        -against-                    :   **RULE B**
                                     :   07 Civ. 8162 (CM)
VENUS INTERNATIONAL FREE ZONE,       :
LOADING AND UNLOADING S.A.E.,        :
                                     :
                     Defendant.      :
------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

       TULIO R. PRIETO, being duly sworn, deposes and says:

       1.  I am a member of the Bar of this Court and a member of the firm of Cardillo & Corbett, attorneys for the Plaintiff herein.  I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

       2.  I have attempted to locate defendant, VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., within this District.  As part of my investigation to locate the Defendant within this District, I examined the telephone

company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3. The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4. On information and belief, Defendant, VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at 14 Ramo Gardens Tower, El-Nasr Road, Nasr City, Cairo, Egypt.

5. In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6. Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of National Bank of Egypt, ABN Amro Bank NV, American Express Bank, Bank of America, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

a) accounts in the name of VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., or

b) electronic funds transfers listing VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., as a beneficiary of the funds transfer, or

c) electronic funds transfers showing VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., as the remitting party or ordering customer.

7. This is EGYPTIAN BULK CARRIERS S.A.E.'s first request for this relief.

WHEREFORE, EGYPTIAN BULK CARRIERS S.A.E. respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E.'s tangible and intangible property within this District.

_____
TULIO R. PRIETO

Sworn to before me this
18th day of September, 2007

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3