William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EGYPTIAN BULK CARRIERS S.A.E., <br><br> Plaintiff, <br><br> -against- <br><br> VENUS INTERNATIONAL FREE ZONE, LOADING AND UNLOADING S.A.E., <br><br> Defendants. | 07 CV 8162 (CM) <br><br><br> Electronically Filed |

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Venus International Free Zone, Loading and Unloading S.A.E. hereby represents to this Honorable Court that said defendant does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York NY
         October 23, 2007

                                        BURKE & PARSONS
                                        Attorneys for Defendant
                                        Venus International Free Zone, Loading
                                        and Unloading S.A.E.

                                        _____
                                        William F. Dougherty (WD-8719)
                                        100 Park Avenue
                                        New York NY  10017-5533
                                        (212) 354-3800

TO:    Cardillo & Corbett
         Attn: Tulio Prieto, Esq.
         Attorneys for Plaintiff
         29 Broadway
         New York NY 10006

0002_S00.DOC