UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

EGYPTIAN BULK CARRIERS SAE

            Plaintiff(s),

-against-

VENUS INT'L FREE ZONE

            Defendant(s).
_____X

07 Civ. 8162 (CM) (HBP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Henry B. Pitman, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

_✓_ Specific Non-Dispositive Motion/Dispute:*

Motion for Counter Security

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _____

All such motions: _____

_____

* Do not check if already assigned for general pretrial.

Dated: 11/16/07
     New York, New York

SO ORDERED

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07