McMahon, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
EGYPTIAN BULK CARRIERS S.A.E.,          :
                                        :
                                        :  ECF
                         Plaintiff,     :  ORDER UPON
                                        :  STIPULATION OF
                                        :  DISMISSAL
              -against-                 :  07 Civ. 8162 (CM)
                                        :
VENUS INTERNATIONAL FREE ZONE,          :
LOADING AND UNLOADING S.A.E.            :
                                        :
                         Defendant.     :
---------------------------------------x

     IT IS HEREBY STIPULATED by and between the attorneys of the parties that the entitled action be dismissed without prejudice and without costs

Dated:   New York, New York
        July 21, 2008

                        CARDILLO & CORBETT
                        Attorneys for Plaintiff
                        EGYPTIAN BULK CARRIERS S.A.E.

                By: _____
                    Tulio R. Prieto (TP 8455)
                    Office and P.O. Address
                    29 Broadway, Suite 1710
                    New York, New York 10006
                    Tel: (212) 344-0464
                    Fax: (212) 797-1212

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

BURKE & PARSONS
Attorneys for Defendant
VENUS INTERNATIONAL FREE ZONE,
LOADING AND UNLOADING S.A.E.

By: _____
William F. Dougherty (WD 8719)
Office & P.O. Address
100 Park Avenue
New York, New York 10017-5533
Tel: (212) 354-3800
Fax: (212) 221-1432

SO ORDERED

_____
, U.S.D.J

7-21-08